UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| WILLIAM F. MCADOO, III, | } | CASE NO: 16-66783-PMB |
| | } | |
| DEBTOR. | } | |

### CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO EXCUSE DEFAULT AND SUSPEND PAYMENTS

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above styled case, and respectfully responds to the Debtor's Motion to Excuse Default and Suspend Payments as follows:

1.

This case was filed on September 23, 2016, under Chapter 13, Title 11 of the United States Code and confirmed by the Court on April 27, 2017. The Debtor's plan, as confirmed, provides for payments in the amount of $2,616.88 per month, a sixty (60) month applicable commitment period, and a one hundred percent (100%) dividend to be paid to unsecured creditors.

2.

On December 7, 2018, the Debtor filed a Motion to Excuse Default and Suspend Payments to excuse default in payments for two (2) months and suspend plan payments for three (3) months because debtor lost his job.

3.

No documents have been provided in support of the Motion. Additionally, Debtor's Motion may not have been brought in good faith as it indicates he is the cause of the loss of his source of income. Also, a five (5) month period without payments going to creditors would appear to be excessive at this time.

WHEREFORE, for the foregoing reasons, the Chapter 13 Trustee respectfully requests that this Court deny the Debtor's Motion to Excuse Default and Suspend Payments and for such other and further relief as this Court deems just and proper.

This 14th day of December 2018.

Respectfully submitted,

___/s/_____
Jason L. Rogers, GA Bar No. 142575
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

16-66783-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR:

   William Frank McAdoo, III
   1905 Nantucket Drive
   Woodstock, GA 30189

ATTORNEY FOR DEBTOR:

   Law Offices of Edwards & Johnson, LLC
   Suite C
   270 E.Main Street
   Canton, GA 30114

with a copy of the foregoing Chapter 13 Trustee's Response to Debtor's Motion to Excuse Default and Suspend Payments by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

This 14th day of December 2018.

        /s/_____
        Jason L. Rogers,
        Attorney for the Chapter 13 Trustee
        260 Peachtree Street, Suite 200
        Atlanta, GA 30303
        678-510-1444