

**IT IS ORDERED as set forth below:**

**Date: January 22, 2019**

_Paul Baisier_
_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **WILLIAM FRANK MCADOO, III,** | \| | **16-66783-PMB** |
| Debtor. | \| | CHAPTER 13 |

### ORDER DENYING DEBTOR'S MOTION TO EXCUSE
### DEFAULT AND SUSPEND CHAPTER 13 PLAN PAYMENTS

Debtor filed a *Motion to Excuse Default and Suspend Plan Payments* on December 7, 2018 (Docket No. 80) (the "Motion").  On December 14, 2018 the Chapter 13 Trustee filed a *Chapter 13 Trustee's Response to Debtor's Motion to Excuse Default and Suspend Payments* (Docket No. 83). On the same day, State Farm Fire and Casualty Company filed an *Objection to Debtor's Motion to Excuse Default and Suspend Plan Payments* (Docket No. 85). The Motion was set for a hearing on January 10, 2019.

At the call of the calendar, no appearance was made by the Debtor or Debtor's Counsel. As of the date of this order, no proposed Order has been submitted to the Court and no further documents have been filed in relation to the Motion.   Accordingly, it is

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for want of prosecution.

The Clerk's office is directed to serve this order on the Debtor, Debtor's Counsel, the Chapter 13 Trustee, and all creditors and any parties of interest in this case.

**[END OF DOCUMENT]**